COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

| | | |
|---|---|---|
| Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V. and Juan Carlos Bermudez Espinosa/Claudia Patricia Zaragoza Delgado, | § § § § | No. 08-16-00046-CV Appeal from the 388th District Court of El Paso County, Texas |
| Appellants, | § | (TC# 2013DCM2366) |
| v. | § | |
| Claudia Patricia Zaragoza Delgado/Fraccionadora y Urbanizadora de Juarez, S.A. de C.V., Inmobiliaria y Constructor Berza, S.A. de C.V., Aeroservicios de Viaje, S.A. de C.V., Abba-Farma, S.A. de C.V. and Juan Carlos Bermudez Espinosa, | § § § § | |
| Appellees. | § | |
| | § | |

# O R D E R

The Court GRANTS the Appellant Juan Carlos Bermudez Espinosa's third motion for extension of time within which to file the brief until **November 18, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE BRIEF OF APPELLANT JUAN CARLOS BERMUDEZ ESPINOSA WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Doris Sipes, the attorney for Appellant Juan Carlos Bermudez Espinosa, prepare the brief for Appellant Juan Carlos Bermudez Espinosa and forward the same to this Court on or before November 18, 2016.

IT IS SO ORDERED this 14th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.